**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BETHLEHEM AUTHORITY | : | No. 150 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| THE ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |
| ATLANTIC WIND, LLC | : | No. 151 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |
| ATLANTIC WIND, LLC | : | No. 152 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |

BETHLEHEM AUTHORITY                          :   No. 153 MAL 2022
                                             :
                                             :
                                             :
               v.                            :   Petition for Allowance of Appeal
                                             :   from the Order of the
                                             :   Commonwealth Court
PENN FOREST TOWNSHIP ZONING                  :
HEARING BOARD                                :
                                             :
PETITION OF:  PENN FORREST TOWNSHIP:
                                             :

## ORDER


**PER CURIAM**

     **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal

is **DENIED**.